IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEANGELO EDWARDS, #271278, | ) | |
| a.k.a., DeAngelo Edwards-Bey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-79-WHA-SMD |
| | ) | |
| LT. J. SEWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On February 22, 2021, the Magistrate Judge entered a Recommendation that the motion for preliminary injunction filed by Plaintiff be denied (Doc. #9) to which Plaintiff filed an objection (Doc. 10). After an independent review of the file, the objection and the Recommendation, it is ORDERED that:

1. Plaintiff's objection is Overruled.

2. The Recommendation of the Magistrate Judge (Doc. #9) is ADOPTED.

3. The motion for preliminary injunction filed by Plaintiff (Doc. #1 at 18) is DENIED.

4. This case is referred back to the Magistrate Judge assigned hereto for further appropriate proceedings.

DONE this 5th day of March, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE